# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALBERTHA MATTHEWS AND
CHADRICK STEPTEAU

NO.   2025 CW 0462

VERSUS

VANNESS ALLEN, MIDSTREAM
TRANSPORTATION COMPANY AND
HARTFORD FIRE INSURANCE
COMPANY

**JUNE 16, 2025**

---

In Re:   Vanness Allen and Hartford Fire Insurance Company, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 81599.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

  **WRIT DISMISSED.** This writ application is dismissed pursuant to relators' correspondence advising that this matter has been resolved and requesting that this writ application be withdrawn.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT